IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LYLE DENNIS WORDEN,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>　　　　　**Defendant.** | **8:13CV28**<br><br>**SECOND AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE** |

　　　This matter comes before the court on the parties' Joint Stipulation to Amend Deadlines (Filing No. 65). The parties seek to extend the deadlines for pretrial disclosures and the pretrial trial conference. The parties' request is granted as set forth below.

　　　**IT IS ORDERED:**

　　　1.　The parties' Joint Stipulation to Amend Deadlines (Filing No. 65) is adopted as set forth below.

　　　2.　Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel with a list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises, other than solely for impeachment purposes, as soon as practicable **but not later than October 21, 2014:**

　　　3.　Any motions *in limine* shall be filed on or before **October 28, 2014**.

　　　4.　The Final Pretrial Conference with the undersigned magistrate judge is set for **November 4, 2014, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　　5.　Trial is set to commence on **November 17, 2014**, in Omaha, Nebraska, before the undersigned magistrate judge and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial.

　　　Dated this 9th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge