# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYLE DENNIS WORDEN,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　　　Defendant. | 8:13CV28<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on November 11, 2014, by David J. Schmitt, attorney for the defendant,

**IT IS ORDERED** that:

1. On or before **December 11, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge, at *thalken@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled trial is cancelled upon the representation that this case is settled. The defendant's Motion in Limine (Filing No. 79) is terminated as moot.

Dated this 12th day of November, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge