IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYLE DENNIS WORDEN, | ) | CASE NO. 8:13-CV-00028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the Plaintiff and Defendant, and hereby stipulate that the above-captioned matter be dismissed with prejudice to any future action, each party to pay their own costs, complete record waived.

Dated this 21st day of November, 2014.

LYLE DENNIS WORDEN, Plaintiff

By:    /s/ James L. Cox, Jr.
       James L. Cox, Jr.
       Brent Coon & Associates
       3801 E. Florida Avenue, Suite 905
       Denver, CO  80210
       (303) 756-3243

UNION PACIFIC RAILROAD COMPANY, Defendant,

By:    /s/ David J. Schmitt
       David J. Schmitt  #19123
       LAMSON, DUGAN and MURRAY, LLP
       10306 Regency Parkway Drive
       Omaha, NE  68114
       (402) 397-7300