IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LYLE DENNIS WORDEN,** | |
| Plaintiff, | 8:13CV28 |
| vs. | |
| **UNION PACIFIC RAILROAD COMPANY,** | ORDER |
| Defendant. | |

This matter is before the court on the stipulation of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived (Filing No. 93). The court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

**IT IS ORDERED** that the stipulation (Filing No. 93) is adopted and this action is dismissed, with prejudice, each party to pay their own costs and complete record waived.

Dated this 21st day of November, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge